

# Fourth Court of Appeals
## San Antonio, Texas

April 22, 2014

No. 04-14-00054-CR

Marcus Anthony **ROBINSON**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR0413
Honorable Ron Rangel, Judge Presiding

## O R D E R

The court reporter has filed a second notification of late reporter's record, requesting an extension of time to file the reporter's record. We GRANT the request and ORDER her to file the reporter's record on or before May 7, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of April, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court